# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KATHY BYRD, as Special**
**Administratrix of the Estate**
**of KAYLYNN HARTLEY, deceased**

**PLAINTIFF**

v.        Case No. **4:21-cv-00909 KGB**

**JOSEPH LORENZO GONZALES**        **DEFENDANT**

## ORDER

Before the Court is plaintiff Kathy Byrd's motion for non-suit (Dkt. No. 6). Ms. Byrd moves the Court for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41 (*Id.*). Rule 41(a)(2) permits the Court to dismiss an action "on terms that the court considers proper." Ms. Byrd filed her complaint on October 6, 2021, and has not served defendant Joseph Lorenzo Gonzales (*Id.*, ¶¶ 2, 3). Mr. Gonzales has filed no answer, and there is no counterclaim pending (*Id.*, ¶ 3).

For good cause shown, the Court grants the motion and dismisses without prejudice Ms. Byrd's complaint (Dkt. Nos. 1; 6).

It is so ordered this 2nd day of May, 2022.

                                                   */s/ Kristine G. Baker*
                                                   Kristine G. Baker
                                                   United States District Judge